# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161892(178)(182)(183)

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellant,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellee.
_____/

SC: 161892
COA: 324853
Dickinson CC: 07-015064-DM

On order of the Chief Justice, the motions of the appellee to (1) extend the time for filing his brief on appeal, and (2) exceed the word count limitation of Administrative Order 2019-6 are GRANTED. The appeal brief submitted on May 13, 2021, is accepted for filing and is deemed timely.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk